

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00272-CV

Rebecca **FLORES** and Juan Flores,
Appellants

v.

**SAN ANTONIO KITCHEN & BATH, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV03517
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: November 30, 2022

APPEAL DISMISSED FOR WANT OF PROSECUTION

The clerk's record has been filed in this appeal. However, because appellants did not pay for the reporter's record, no such record was filed. Therefore, on August 30, 2022, this court ordered appellants to file their brief without benefit of the reporter's record. Our order stated we would consider only those issues that do not require a reporter's record. On September 29, 2022, this court received appellants' brief, which stated only as follows:

> We hired San Antonio Kitchen & Bath to remodel bathroom and clean the trash. The pictures show they did not. I ask Hector two come and look he did not come to check. Did not give me a copy of the permeants for moving waste line. I had to pay J&Z Remodelers to give estimate for the floor, because it was not space.

The brief violated Texas Rule of Appellate Procedure 38.1 in that it does not contain, under appropriate headings and in the order here indicated, the following:

(a) Identity of Parties and Counsel.
(b) Table of Contents.
(c) Index of Authorities.
(d) Statement of the Case: the brief must state concisely and without argument the facts pertinent to the issues or points presented. In a civil case, the court will accept as true the facts stated unless another party contradicts them. The statement must be supported by record references.
(e) Any Statement Regarding Oral Argument.
(f) Issues Presented: the brief must state concisely all issues or points presented for review. The statement of an issue or point will be treated as covering every subsidiary question that is fairly included.
(g) Statement of Facts: the brief must state concisely and without argument the facts pertinent to the issues or points presented. In a civil case, the court will accept as true the facts stated unless another party contradicts them. The statement must be supported by record references.
(h) Summary of the Argument: a succinct, clear, and accurate statement of the arguments made in the body of the brief. This summary must not merely repeat the issues or points presented for review.
(i) Argument: a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record.
(j) Prayer: a short conclusion that clearly states the nature of the relief sought.
(k) An appendix.

The brief also violated Texas Rules of Appellate Procedure 9.4 and 9.5, which govern the "Form" and "Service" of briefs.

Accordingly, on October 3, 2022, this court ordered the brief filed by the appellants stricken from our record. We further ordered appellants to file an amended brief in compliance with the Texas Rules of Appellate Procedure no later than November 2, 2022. Our order cautioned appellants that if they failed to file an amended brief this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

Appellants have not responded to our October 3, 2022 order; therefore, this appeal is dismissed for want of prosecution.

PER CURIAM